PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.           ) | **Docket Number: 2:99CR00129-03** |
| ) | |
| **ARMANDO CANTU BARRERA** ) | |
| ) | |

On May 16, 2003, the above-named was placed on Supervised Release for a period of 5 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Joseph N. Gama

**JOSEPH N. GAMA
United States Probation Officer**

Dated:   December 11, 2007
         Redding, California
         JNG:aph

/s/ Richard A. Ertola

**REVIEWED BY:** _____
         **RICHARD A. ERTOLA
         Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

Re: **BARRERA, ARMANDO CANTU**
**Docket Number:   2:99CR00129-03**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

| | |
|---|---|
| 1/7/08 | /s/ Edward J. Garcia |
| **Date** | **HON. EDWARD J. GARCIA**<br>**Senior United States District Judge** |

JNG:aph

Attachment:   Recommendation

cc:   United States Attorney's Office